NUMBER 13-99-056-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



VINCENT TOCHE, ET AL., Appellant, 



v. 



APARICIO BROTHERS, Appellee. 

____________________________________________________________________ 



On appeal from the 130th District Court 

of Matagorda County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Dorsey, Chavez, and Rodriguez 

Opinion Per Curiam 



Appellants, VINCENT TOCHE, ET AL., perfected an appeal from a judgment
entered by the 130th District Court of Matagorda County,
Texas, in cause number 98-J-0289-C. On December 16, 1999, this appeal was
ordered abated pursuant to appellant's suggestion of bankruptcy. Appellee has now filed a
motion to reinstate the appeal. In the motion, appellee states that the automatic stay
automatically terminated upon the issuance of an order by the United States Bankruptcy
Court discharging the debtor. Appellee requests that this Court reinstate the appeal. The
parties have also filed a joint motion to dismiss the appeal. The parties state that they
have entered into a written settlement agreement that is signed by all parties. 

The Court, having considered the documents on file, appellee's motion to reinstate the
appeal and the joint motion to dismiss the appeal, is of the opinion that the motions
should be granted. Appellee's motion to reinstate the appeal is granted, and the appeal is
hereby REINSTATED. The joint motion to dismiss is granted, and the appeal is hereby
DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 31st day of March, 2000.